UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-15 |
| | ) | (VARLAN/SHIRLEY) |
| JAMES POLLARD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on the defendant's Motion to Extend Motion Cut-Off Deadline [Doc. 8], filed on March 16, 2006. The defendant requests that his March 16 motion-filing deadline be extended fourteen (14) days to March 30, 2006. He states that defense counsel has not been able to complete his investigation into the circumstances of this case at this time and cannot yet fully advise defendant regarding the filing of motions in this case. Additionally, counsel states that he has been informed that he will receive additional important discovery from the government in this case and will need time to assess this anticipated discovery. The motion relates that the government has no objection to the requested extension. Finding the defendant has shown good cause for an extension, the Court hereby **GRANTS** the motion [**Doc. 8**] and extends the deadline for filing motions to **March 30, 2006**. The government's deadline for responding to

any motions is likewise extended from March 30, 2006, to **April 10, 2006**. All other dates in this case, including the April 12, 2006 pretrial conference, shall remain the same at this time.

    **IT IS SO ORDERED.**

    ENTER:

    <u>s/ C. Clifford Shirley, Jr.</u>
    United States Magistrate Judge

2

Case 3:06-cr-00015-TAV-CCS   Document 9   Filed 03/17/06   Page 2 of 2   PageID #: 7